IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-06-239 |
| | § | C.A. No. C-08-10 |
| PEDRO CASTRO-SALAZAR, | § | |
|     Defendant/Movant. | § | |

## ORDER FOR RESPONDENT TO ANSWER
## AND ORDER ALLOWING MOVANT TO REPLY

On January 4, 2008, the Clerk received Movant Pedro Castro-Salazar's ("Castro-Salazar") motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. (D.E. 33.)  It is now ORDERED that the United States answer the § 2255 motion not later than sixty days after the entry of this Order.

It is further ORDERED that the United States provide, at the time of its answer, transcripts of all pertinent proceedings that are not already part of the record.  Relevant affidavits, if any, are also to be filed with the answer.

Pursuant to Rule 5(d) of the RULES GOVERNING SECTION 2255 PROCEEDINGS FOR THE UNITED STATES DISTRICT COURTS (2007), Castro-Salazar may file a reply not later than thirty days after service of the government's answer.

It is so ORDERED this 22nd day of January, 2008.

_____
Janis Graham Jack
United States District Judge