IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-06-239 |
| | § | C.A. No. C-08-10 |
| PEDRO CASTRO-SALAZAR, | § | |
|     Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Pedro Castro Salazar's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 27th day of January, 2009.

_____
Janis Graham Jack
United States District Judge